UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LOURDES ZEPEDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00074-FM |
| | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with "Order Amending Date of Birth on Naturalization Certificate" [ECF No. 15], entered July 12, 2021, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that all claims are **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**SIGNED AND ENTERED** this _13_ day of **July 2021**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE